UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBERT FISHER,<br>Appellant | CIVIL DOCKET NO. 1:20-CV-00410 |
| VERSUS | DISTRICT JUDGE DRELL |
| U.S. COMMISSIONER OF<br>SOCIAL SECURITY,<br>Appellee | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Fisher's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers at Alexandria Louisiana on this 10th day of May 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT